### ALABAMA GREAT SOUTHERN RAILROAD Co. *v.* HARDY, adm'x.

HOLDEN, J. Counsel for the plaintiff in error in their brief do not complain that any error was committed except in the overruling of the motion for a new trial, based on the general grounds that the verdict was contrary to law and evidence and without evidence to support it, and refer to no other grounds of the motion. The evidence was sufficient to support the verdict, and the judgment overruling the motion for a new trial will not be reversed.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

JANUARY 11, 1911.

Action for damages. Before Judge Fite. Dade superior court. December 6, 1909.

*J. P. Jacoway* and *Foust, Payne & Tatum,* for plaintiff in error.
*R. R. Arnold, Harvey Hill,* and *W. P. Cureton,* contra.

---

### BARNES-FAIN COMPANY *v.* THOMASON *et al.*

LUMPKIN, J. This case is controlled by the decision in *Rhode Island Locomotive Works* v. *Empire Lumber Company,* 91 *Ga.* 639 (17 S. E. 1012), in which the decision in *Steen & Marshall* v. *Harris,* 81 *Ga.* 681 (8 S. E. 206), is referred to and construed.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

JANUARY 11, 1911.

Attachment. Before Judge Edwards. Polk superior court. September 3, 1909.

*Mundy & Mundy,* for plaintiff.